IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SLAUGHTER INSURANCE AGENCY, and, WILLIAM H. SLAUGHTER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 3:10-CV-1398-P |
| ASTONISH RESULTS, L.P., and, NOREAST CAPITAL CORPORATION, | § § § § | |
| Defendants. | § § | |

## ORDER

Now before the Court is Plaintiff's Joint Motion to Consolidate Cases, filed on November 19, 2010. (Doc. No. 32.) The Court believes that it is appropriate to expedite the briefing of this Motion. It is ORDERED that any Response is due on or before December 3, 2010. Plaintiff's Reply, if any, shall be filed on December 10, 2010.

**IT IS SO ORDERED.**

Signed this _22nd_ day of November, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE